[Cite as *03/20/2003 Case Announcements*, 2003-Ohio-1324.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 20, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–2188. Miller v. Grange Mut. Cas. Co.**

Stark App. No. 2002CA00058, 2002-Ohio-5763. This cause is pending before the court on the certification of conflict by the Court of Appeals for Stark County. On review of the order certifying a conflict,

IT IS DETERMINED by the court that a conflict exists.

IT IS ORDERED by the court, sua sponte, that this cause be consolidated with Supreme Court case No. 2002–2066, *Miller v. Grange Mut. Cas. Co.*, Stark App. No. 2002CA00058, 2002-Ohio-5763, and held for the decision in Supreme Court case No. 2002–0610, *Geren v. Westfield Ins. Co.*, Lucas App. No. L–01–1398, 2002-Ohio-1230.

IT IS FURTHER ORDERED by the court that the Clerk issue an order for the transmittal of the record from the Court of Appeals for Stark County.

IT IS FURTHER ORDERED that the briefing schedule be stayed.

## APPEALS ACCEPTED FOR REVIEW

**2002–2066. Miller v. Grange Mut. Cas. Co.**

Stark App. No. 2002CA00058, 2002-Ohio-5763. Upon consideration of the jurisdictional memoranda filed in this case, the court hereby allows the appeal.

IT IS ORDERED by the court, sua sponte, that this cause be consolidated with Supreme Court case No. 2002–2188, *Miller v. Grange Mut. Cas. Co.*, Stark App. No. 2002CA00058, 2002-Ohio-5763, and held for the decision in Supreme Court case No. 2002–0610, *Geren v. Westfield Ins. Co.*, Lucas App. No. L–01–1398, 2002-Ohio-1230.

IT IS FURTHER ORDERED by the court that the Clerk issue an order for the transmittal of the record from the Court of Appeals for Stark County.

IT IS FURTHER ORDERED that the briefing schedule be stayed.

MOYER, C.J., dissents and would allow only the cross-appeal.

RESNICK and PFEIFER, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**2002–1677. J & L Power Equip., Inc. v. Zaino.**

Board of Tax Appeals, No. 97–A–535. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to vacate and remand,

IT IS ORDERED by the court that the joint motion to vacate and remand be, and hereby is, granted. The decision and order of the Board of Tax Appeals is vacated, and this cause is remanded to the Board of Tax Appeals with directions to remand this cause to the Tax Commissioner to implement the mediated agreement of the parties.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended, that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution, and that a copy of this entry be certified to the Board of Tax Appeals for entry.

## MISCELLANEOUS ORDERS

The Supreme Court of Ohio has issued orders imposing sanctions upon twenty-nine attorneys for noncompliance with the requirements of Gov.Bar R. X, Attorney Continuing Legal Education. The text of the entry imposing the sanction is reproduced below. This is followed by a list of the attorneys who were sanctioned. The list includes each attorney's Attorney Registration Number; the county and